AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:21-mj-2820 TMD |
| | ) | |
| William Rasheem Jamal Rich | ) | ✓ ___ FILED ___ ENTERED |
| | ) | ___ LOGGED ___ RECEIVED |
| _____ | ) | |
| *Defendant(s)* | | 3:28 pm, Oct 13 2021 |

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___2/28/2007 to 10/6/2021___ in the county of ___Baltimore___ in the
_____ District of ___Maryland___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

Brian J. Maddox  3491242   Digitally signed by Brian J. Maddox 3491242  Date: 2021.10.06 13:59:35 -04'00'

*Complainant's signature*

Brian J. Maddox, SA, VA OIG

*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __10/12/2021__

*Judge's signature*

City and state:          Baltimore, Maryland          Thomas M. DiGirolamo, U.S. Magistrate Judge

*Printed name and title*