```
____ FILED      ___ ENTERED
____ LOGGED     ____ RECEIVED

3:25 pm, Oct 13 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AND APPLICATION FOR WARRANTS AUTHORIZING THE SEARCH OF THE PERSON, PREMISES, AND ACCOUNTS IDENTIFIED IN ATTACHMENTS A1-A5 | Case No. 1:21-mj-2820 to -2825 TMD<br><br>**Filed Under Seal** |

### ORDER

For good cause shown upon motion of the United States of America, this 12 day of October 2021 by the United States District Court for the District of Maryland, it is hereby **ORDERED** that the above-referenced search warrants and supporting affidavit, along with the Government's motion to seal and this Order BE, and the same hereby are, **SEALED** pending further order of this Court.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

Dated: October 12, 2021

_____
HON. THOMAS M. DIGIROLAMO
UNITED STATES MAGISTRATE JUDGE