Case 1:21-mj-02820-TMD   Document 6   Filed 10/13/21   Page 1 of 1

☑ FILED     ___ ENTERED
___ LOGGED  ___ RECEIVED

3:28 pm, Oct 13 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-MJ-2820 to 2825 TMD |
| WILLIAM RICH, | : |
| Defendant. | : |

## MOTION TO UNSEAL COMPLAINT

Now comes the United States of America, by its undersigned attorney, and respectfully moves this Court to order that the sealed criminal complaint, arrest warrant, search warrants, and affidavit in support thereof be **UNSEALED**.  The Defendant is in federal custody and will make his initial appearance today in federal court on the charges made in the criminal complaint.  A copy of the complaint and affidavit have been provided for review by the Defendant and his counsel.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Michael F. Davio
Special Assistant United States Attorney

Good cause having been shown, it is ORDERED, this __13th__ day of October, 2021 that the criminal complaint, arrest warrant, and affidavit in support thereof be UNSEALED.

_____
J. Mark Coulson
United States Magistrate Judge

