===========================================================================

# *UNITED STATES DISTRICT COURT*
-------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                              CASE NUMBER: TMD-21-02820

WILLIAM RICH

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for William Rich.  I certify

that I am eligible to practice in this court.

Date: October 15, 2021                    _____/s/_____

Devin A. Prater, #810494
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: devin_prater@fd.org